(1da)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant Bonifacio B. Beleno

**FILED**
DISTRICT COURT OF GUAM
AUG 26 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04-00038 |
| Plaintiff, | NO OBJECTION TO PRESENTENCE REPORT |
| vs. | |
| EDWARD ALI PRIMICIAS ESCANO, also known as "Ed," and BONIFACIO B. BELENO, also known as "Boni," | |
| Defendants. | |

------------

Defendant Bonifacio B. Beleno has no objection to any material information, sentencing guideline range, policy statement, or any other matter contained in or omitted from the presentence report.

Dated, Hagåtña, Guam,

August 26, 2005.

*[signature]*
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant
  Bonifacio B. Beleno

ORIGINAL

## DECLARATION OF SERVICE

I, Leilani D. Ada, declare that I am an administrative assistant employed in the office of Howard Trapp, Esq., the attorney for defendant herein, and that I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for plaintiff herein, by leaving a copy at the Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, Ms. Johnson's last known address, with a person in charge thereof, on August 26, 2005

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2005, at Hagåtña, Guam.

_____
LEILANI D. ADA