
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 04-00038-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| | ) | |
| EDWARD ALI PRIMICIAS ESCANO | ) | |
| Defendant. | ) | |

Edward Ali Primicias Escano was sentenced in the U.S. District Court of Guam on June 16, 2005 for Count I: Conspiracy to Import Methamphetamine, in violation of 21 U.S.C. § 952(a), 960, and 963 and Count II: Importation of Methamphetamine, in violation 21 U.S.C. § 952(a), 960, and 18 U.S.C. § 2. He was ordered to time served (one day) and five years supervised release with conditions that he participate in substance abuse treatment and testing; participate in a mental health treatment program; perform 200 hours of community service; and pay a $200 special assessment fee.

On February 1, 2006, Mr. Escano submitted a travel request for a trip to the Republic of the Philippines in order to get married. Travel dates requested are from March 21, 2006 to April 20, 2006. According to Mr. Escano, he met his fiancé, Sheila Trinidad (age 27), about two years ago through his mother. Ms. Trinidad is a citizen and resident of the Philippines, who currently works as an office manager of an optical business owned by her family. Mr. Escano stated that after the marriage, he will return to Guam and petition the respective immigration authorities on Guam and the Philippines for his wife to join him here.

Mr. Escano's adjustment under supervision has been excellent. He satisfied the drug treatment and mental health treatment programs on July 11, 2005, and Mr. Escano completed the 200 hour community service order on January 9, 2006. He has maintained employment as a stock clerk for the Northgate Payless Supermarket in Tamuning, Guam. Mr. Escano paid the $200 special assessment fee on August 2, 2005, and has submitted all required monthly supervision reports.

In light of Mr. Escano's present compliance status with his probation conditions, this Officer supports the request to travel and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _____
ROBERT I. CARREON
U. S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File