| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM **PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE U.S. PROBATION OFFICE 2nd Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 |

ORIGINAL



Edward Ali Pricias Escano
USDC Cr. Cs. No. 04-00038-001
SSN: XX-XXX-0318
DOB: XX-XX-1974
HT: 5'11" / WT: 170 lbs.

DATE: February 21, 2006

YOU ARE AUTHORIZED TO TRAVEL TO: Republic of the Philippines

LEAVING: March 21, 2006    AND RETURNING: April 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Marriage/Vacation.

**FILED**
DISTRICT COURT OF GUAM
FEB 28 2006
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. Upon your arrival on Guam and on the first working day available, report in person to the U.S. District Court of Guam to check-in with the U.S. Probation Office.

2. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

NAME: N/A
ADDRESS:

**RECEIVED**
FEB 28 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ROBERT I. CARREON
UNITED STATES PROBATION OFFICER

[X] Approved    [ ] Disapproved

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge