
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 04-00038-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| | ) | |
| EDWARD ALI PRIMICIAS ESCANO | ) | |
| Defendant. | ) | |
| | ) | |

Edward Ali Primicias Escano was sentenced in the U.S. District Court of Guam on June 16, 2005 for <u>Count I</u>: Conspiracy to Import Methamphetamine, in violation of 21 U.S.C. §§ 952(a), 960, and 963 and <u>Count II</u>: Importation of Methamphetamine, in violation 21 U.S.C. § 952(a), 960, and 18 U.S.C. § 2. He was ordered to time served (one day) and five years supervised release with conditions that he participate in substance abuse treatment and testing; participate in a mental health treatment program; perform 200 hours of community service; and pay a $200 special assessment fee.

On February 5, 2007, Mr. Escano submitted a travel request for a trip to the Republic of the Philippines to visit his wife and son. Travel dates requested are from March 27, 2007 to April 28, 2007. The Court previously authorized Mr. Escano travel to the Philippines from March 21, 2006 to April 21, 2006, when he married Sheila Trinidad Escano. Mrs. Escano remained in the Philippines awaiting approval by immigration authorities to travel to Guam to unite with Mr. Escano.

Mr. Escano's adjustment under supervision has been excellent. He satisfied the drug treatment and mental health treatment programs on July 11, 2005, and completed the 200 hour community service order on January 9, 2006. He has maintained employment as a stock clerk. Mr. Escano paid the $200 special assessment fee on August 2, 2005, and has submitted all required monthly supervision reports.

In light of Mr. Escano's present compliance status with his supervised release conditions, this Officer supports the request to travel and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: *[signature]*

ROBERT I. CARREON
U. S. Probation Officer

Reviewed by:

*[signature]*

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File