| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|

Edward Ali Pricias Escano
USDC Cr. Cs. No. 04-00038-001
SSN: XX-XXX-0318
DOB: XX-XX-1974
HT: 5'11" / WT: 170 lbs.



DATE: **March 8, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO     **Republic of the Philippines**

LEAVING    **March 27, 2007**    AND RETURNING    **April 28, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Vacation.**

**FILED**
DISTRICT COURT OF GUAM
MAR 1 2 2007
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. Upon your arrival on Guam and on the first working day available, report in person to the U.S. District Court of Guam to check-in with the U.S. Probation Office.

2. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

                     /s/ ROBERT I. CARREON
                     UNITED STATES PROBATION OFFICER

NAME: N/A      [✓] Approved     [ ] Disapproved

ADDRESS:

**RECEIVED**
MAR - 9 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HON. FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

ORIGINAL

Case 1:04-cr-00038    Document 62    Filed 03/12/2007    Page 1 of 1