**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.          CRIMINAL CASE NO.    04-00038-001

EDWARD ALI PRIMICIAS ESCANO

On June 16, 2005, Edward Ali Primicia Escano was placed on supervised release for five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mr. Escano be discharged from supervision.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer



/s/ ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:



/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: AUSA
    Defense Counsel
    File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00038-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SPECIAL REPORT** |
| vs. | ) | |
| | ) | |
| EDWARD ALI PRIMICIAS ESCANO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Re:	Request for Early Termination from Supervised Release**

     Edward Ali Primicias Escano was sentenced in the U.S. District Court of Guam on June 16, 2005 for Count I: Conspiracy to Import Methamphetamine, in violation of 21 U.S.C. §§ 952(a), 960, and 963; and Count II: Importation of Methamphetamine, in violation 21 U.S.C. §§ 952(a), 960, and 18 U.S.C. § 2.  He was sentenced to an imprisonment term of time served (one day) followed by five years supervised release with conditions that he participate in substance abuse treatment and testing; participate in a mental health treatment program; perform 200 hours of community service; and pay a $200 special assessment fee.  The five-year term of supervised release began on June 16, 2005, and will conclude on June 15, 2010.

     On May 3, 2007, Mr. Escano made a request to the U.S. Probation Office through his attorney, John T. Gorman, Federal Public Defender, for early termination from supervision, pursuant to 18 U.S.C. §3583(e)(1).

     Mr. Escano's adjustment under supervision has been excellent.  He satisfied the drug and mental health treatment programs on July 11, 2005, and completed the 200 hour community service order on January 9, 2006.  He has maintained employment as a stock clerk.  Mr. Escano paid the $200 special assessment fee on August 2, 2005, and has submitted all required monthly supervision reports. Mandatory collection of DNA was completed on September 15, 2005.

SPECIAL REPORT
Request for Early Termination from Supervised Release
Re:    ESCANO, Edward Ali Primicias
USDC Cr. Cs. No.: 04-00038-001
June 18, 2007
Page - 2 -

     In light of the above information, this Officer respectfully requests early termination by the court, pursuant to 18 U.S.C. §3583(e), as such action is warranted by Mr. Escano's full compliance with his conditions of supervised release and is in the interest of justice.

     RESPECTFULLY submitted this <u>18th</u> day of June 2007.

                                  FRANK MICHAEL CRUZ
                                  Chief U.S. Probation Officer



                    By:                /s/ ROBERT I. CARREON
                                  U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    AUSA
       Defense Counsel
       File