PROB 35
(3/07)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.                                    CRIMINAL CASE NO.    04-00038-001

EDWARD ALI PRIMICIAS ESCANO

On June 16, 2005, Edward Ali Primicia Escano was placed on supervised release for five years.  He has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that Mr. Escano be discharged from supervision.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

 /s/  ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

 /s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   AUSA
        Defense Counsel
        File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jun 21, 2007**